# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **ROSILLE LEMASTER** | ) | **CASE NO. 1:09CV1632** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **MIDLAND FUNDING LLC** | ) | <u>**ORDER**</u> |
| | ) | |
| **Defendant.** | ) | |

The Court has been advised the action has settled. Therefore, it is not necessary the action remain on the calendar of the Court.

IT IS ORDERED this action is closed. It shall be marked settled and dismissed, with prejudice, each party to bear its own costs. The Court shall retain jurisdiction to (1) vacate this Order and reopen the action upon cause shown that settlement has not been completed and further litigation is necessary or (2) alter the terms of settlement and dismissal upon agreement of the parties.

IT IS SO ORDERED.

         S/Christopher A. Boyko
         HONORABLE CHRISTOPHER A. BOYKO
         UNITED STATES DISTRICT JUDGE

September 8, 2009